IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS HILTON,                              )         |  |
|        Plaintiff,                    ) | |
|                                              ) | |
|    vs                                         ) | Civil Action No. 07-412 |
|                                              ) | |
| GREYHOUND LINES, INC.,              ) | |
|        Defendant.                   ) | |

## REPORT AND RECOMMENDATION

I.    Recommendation

It is respectfully recommended that the above-captioned case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

II.    Report

On March 29, 2007, Plaintiff, Louis Hilton, filed a complaint against Defendant, Greyhound Lines, Inc. It complains of employment discrimination when he was wrongfully terminated on November 8, 2006. The nature of the discrimination and the basis for federal jurisdiction are not specified.

The record shows that the complaint was never served on Defendant, and more than 120 days have passed since the filing of the complaint. In relevant part, Federal Rule of Civil Procedure 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant...

Since Plaintiff has failed to make timely service upon Defendant and more than 120 days have passed, it is recommended that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Within ten (10) days after being served with a copy, any party may serve and file written objections to this Report and Recommendation.  Any party opposing the objections shall have seven (7) days from the date of service of objections to respond thereto.  Failure to file timely objections may constitute a waiver of any appellate rights.

                                    Respectfully submitted,

                                    s/Robert C. Mitchell
                                    ROBERT C. MITCHELL
                                    United States Magistrate Judge

Dated: July 30, 2007